IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

        Plaintiff,                    No. CIV 10cv0452-GEB-JFM (PS)

    vs.

JOHN E. PORTER, *Postmaster General, United States Postal Service*,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted;

      2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed February 22, 2010.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

      a. One completed summons;

      b. One completed USM-285 form for each defendant named in the complaint; and

      c. Four copies of the endorsed complaint filed February 22, 2010.

      4. Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

      5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: March 3, 2010.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

014.ewin0452.ifpgrant

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
| | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the complaint

DATED:

                                                                                       Plaintiff