IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

        Plaintiff,                    No. CIV 10cv0452-GEB-JFM (PS)

    vs.

JOHN E. POTTER, *Postmaster General*, *United States Postal Service*,

        Defendant.                <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis in the above-entitled action.

        By an order filed March 4, 2010, plaintiff was directed to complete and return to the court, within thirty days, a USM-285 form and four copies of his complaint which are required to effect service on the defendant. On March 9, 2010, plaintiff submitted three copies of the USM-285 form but failed to file four copies of his complaint (plaintiff filed only three copies of his complaint).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on February 22, 2010; and

1

2. Within thirty days, plaintiff shall submit to the court a fourth copy of his complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: March 29, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.ewin0452.8f

2