IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

        Plaintiff,                    No. CIV 10cv0452-GEB-JFM (PS)

    vs.

JOHN E. POTTER, *Postmaster General*, *United States Postal Service*,

        Defendant.                 <u>ORDER</u>

/

        Plaintiff is proceeding pro se and in forma pauperis in the above-entitled action. On March 9, 2010, plaintiff filed a motion to correct defendant's name from Porter to Potter. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 9, 2010 motion is granted; and

        2. The Clerk of the Court shall modify the docket to reflect the defendant's correct name, John E. Potter.

DATED: March 29, 2010.

                                          UNITED STATES MAGISTRATE JUDGE

/014.ewin0452.mot