IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

        Plaintiff,                No. CIV 10cv0452-GEB-JFM (PS)

   vs.

JOHN E. POTTER, *Postmaster General*, *United States Postal Service*,

        Defendant.          <u>ORDER</u>

_____/

       Plaintiff, proceeding pro se and in forma pauperis, has filed an amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. <u>See</u> Fed. R. Civ. P. 15(a). An answer was filed on August 6, 2010. Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties. Plaintiff's amended complaint will therefore be disregarded and this action will proceed on the complaint filed February 22, 2010.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 7, 2010 amended complaint is disregarded.

DATED: October 15, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

/014;ewin0452.10c