IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

         Plaintiff,               No. CIV 10cv0452-GEB-JFM (PS)

    vs.

JOHN E. POTTER, *Postmaster General*, *United States Postal Service*,

         Defendant.        <u>ORDER</u>

_____/

         Plaintiff is proceeding pro se and in forma pauperis in the above-entitled action. On August 6, 2010, defendant filed an answer.  On September 7, 2010, plaintiff filed an amended complaint, which was disregarded for plaintiff's failure to concurrently file a motion for leave to amend.  On October 29, 2010, plaintiff filed a motion for leave to amend.  Plaintiff has not, however, submitted an amended complaint with his motion, as required by Local Rule 137(c).  Nonetheless, the court will construe the September 7, 2010 amended complaint as attached to the October 29, 2010 motion to amend.

         Accordingly, IT IS HEREBY ORDERED that:

         1.  Plaintiff's motion for leave to amend is granted.  Defendant shall file a responsive pleading within twenty-one days of the date of this order; and

1        2.  The status conference scheduled for November 18, 2010 is continued to

2  January 20, 2011 at 11:00 a.m. in courtroom #26.  Status reports shall be due no later than seven

3  days prior to the conference.

4  DATED: November 15, 2010.

5

6                          UNITED STATES MAGISTRATE JUDGE

7

8  /014.ewin0452.mta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26