IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

      Plaintiff,                    No. CIV 10cv0452-GEB-JFM (PS)

  vs.

JOHN E. POTTER, *Postmaster General*, *United States Postal Service*,

      Defendant.                <u>ORDER</u>

_____/

        A status conference was held in this matter on January 20, 2011 at 11:00 a.m. Plaintiff appeared in propria persona. Yoshinori Himel appeared for defendant. Upon consideration of the status report on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Plaintiff shall designate expert witnesses on or before November 15, 2011.

        2. Defendant shall designate expert witnesses on or before December 15, 2011. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        3. Discovery shall be completed, and any motions pertaining to discovery shall be noticed so as to be heard on or before March 16, 2012.

1

1   4.  Dispositive motions shall be noticed to be heard on or before May 16, 2012.

2   5.  The pretrial conference is set for September 10, 2012 at 11:00 a.m. in courtroom # 10 before the Honorable Garland E. Burrell.  Pretrial statements shall be filed pursuant to Local Rule 281.

6.  A jury trial of this matter is set for December 4, 2012 at 9:00 a.m. in courtroom 10 before Judge Burrell.  The parties shall file trial briefs pursuant to Local Rule 285.

DATED: January 27, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ewin0452.oasc