BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900


Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| TOMMIE EWING,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster General,<br>U.S. Postal Service,<br><br>        Defendant. | Case No.  2:10-cv-00452 GEB JFM<br><br>**NOTICE OF SUBSTITUTION OF<br>DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Patrick R. Donahoe was sworn in as Postmaster General

of the U.S. Postal Service on January 14, 2011.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1),

Patrick R. Donahoe will be substituted as defendant in place of John E. Potter, and all further

proceedings in this action "shall be in the name of the substituted part[ies]."

DATED:  October 12, 2011                           BENJAMIN B. WAGNER
                                                                      United States Attorney

                                                          By:     */s/ Lynn Trinka Ernce*
                                                                      LYNN TRINKA ERNCE
                                                                      Assistant United States Attorney
                                                          **ORDER**

IT IS SO ORDERED.

Date:  10/20/11

_____
GARLAND E. BURRELL, JR.
United States District Judge