IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

        Plaintiff,                        No. CIV 10-cv-0452-GEB-JFM (PS)

   vs.

PATRICK R. DONAHOE, *Postmaster General*, *United States Postal Service*,

        Defendant.                    <u>ORDER</u>

_____/

        On November 10, 2011, plaintiff filed a motion to appoint counsel. The Constitution provides no right to appointment of counsel in a civil case. <u>See</u> <u>Lassiter v. Dept. of Soc. Servs.</u>, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), the court may appoint counsel only under exceptional circumstances. <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." <u>Id.</u> (internal quotation marks and citation omitted).

        The allegations in plaintiff's amended complaint demonstrate he has sufficient writing ability and legal knowledge to articulate his claim. The facts and issues raised are not particularly complex.

/////

1

Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel is denied.

DATED: December 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ewin0452.mac