IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE EWING,

      Plaintiff,                          No. CIV 10-cv-0452-GEB-JFM (PS)

     vs.

PATRICK R. DONAHOE, *Postmaster General*, *United States Postal Service*,

      Defendant.               ORDER

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 8, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 8, 2011 are adopted in full; and

2. Defendant's October 12, 2011 motion to dismiss with prejudice plaintiff's first twelve causes of action is granted.

Dated: January 18, 2012

GARLAND E. BURRELL, JR.
United States District Judge